## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| Amy Sparks, individually, and Robert D. Sparks, as Personal Representative of the Estate of Jarred B. Sparks, | ) ) ) ) | Case No. 15-2185 |
| Plaintiffs-Appellants, | ) ) | **CONSENT MOTION FOR VOLUNTARY DISMISSAL** |
| v. | ) ) | |
| Oxy-Health, LLC and Oxy-Health Corporation. | ) ) ) | |
| Defendants-Appellees. | ) | |

Pursuant to Federal Rule of Appellate Procedure 42(b) and Fourth Circuit Local Rule 42, Appellants, with consent of Appellees, respectfully move the Court for an Order dismissing this appeal, with each party to bear own costs. The basis for this Motion is that the parties have mutually resolved this matter. As such, Appellants, with consent of Appellees, respectfully request that this Honorable Court dismiss this appeal with each party to bear own costs.

Respectfully submitted this 23rd day of February, 2016,

                                          MOTLEY RICE LLC

                          By:   /s/ William Christopher Swett_____
                                William Christopher Swett
                                28 Bridgeside Boulevard
                                Mt. Pleasant, SC 29464
                                (843) 216-9000 Telephone
                                (843) 216-9440 Fax
                                cswett@motleyrice.com

                                Attorney for Appellants

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

By: /s/ William Christopher Swett_____
William Christopher Swett